**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ADRIANN BORUM, et al.,

      *Plaintiffs*,

  v.

BRENTWOOD VILLAGE, LLC, et al.,

      *Defendants*.

Case No.: 16-cv-1723

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiffs hereby notify the court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss all claims against Defendant Brentwood Village, LLC, in the above-captioned matter without prejudice.  Plaintiffs dismiss these claims in light of newly acquired information suggesting that Brentwood Village, LLC, no longer retains an ownership interest in the subject property.

Date: September 2, 2016

           Respectfully submitted,

           */s/  Maureen F. Browne*
           Maureen F. Browne
           COVINGTON & BURLING, LLP
           One CityCenter
           850 10th Street NW
           Washington, D.C. 20001
           mbrowne@cov.com

/s/  *Matthew Handley*
Matthew Handley
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
& URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, D.C. 20036
matthew_handley@washlaw.org

*Counsel for Plaintiffs Adriann
Borum, Lorretta Holloman, ONE
DC, and all those similarly situated.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served on William Casano,

counsel for Defendants in this action, via electronic mail at wcc@gdlaw.com on September 2,

2016.


/s/ *Matthew Handley*
Matthew Handley
*Counsel for Plaintiffs Adriann Borum,*
*Lorretta Holloman, ONE DC, and all those*
*similarly situated.*