# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ADRIANN BORUM, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 16-1723 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 151, 153, 154, |
| | : | | 156, 157, 190 |
| BRENTWOOD VILLAGE, LLC, *et al.*, | : | | 194, 195 |
| | : | | |
| Defendants. | : | | |

# ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS; DENYING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND EXPENSES; GRANTING IN PART AND DENYING IN PART DEFENDANTS' BILL OF COSTS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion for Reasonable Attorneys' Fees and Costs (ECF No. 151) is **GRANTED IN PART AND DENIED IN PART**, Plaintiffs' Motion for Reasonable Attorneys' Fees and Expenses (ECF No. 153) is **DENIED**, and Defendants' Bill of Cost (ECF No. 190) is **GRANTED IN PART AND DENIED IN PART**.  Additionally, Plaintiffs' Motions to File Under Seal (ECF Nos. 154, 156, 157, 194) and Defendants' Motion to File Under Seal (ECF No. 195) are **GRANTED**.

    **SO ORDERED**.


Dated:  September 4, 2020                                    RUDOLPH CONTRERAS
                                                                      United States District Judge